IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States Environmental Protection Administration, et al.,<br><br>　　　　　Defendants. | **NO. CV-22-00138-TUC-JCH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 18, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of plaintiff.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 18, 2023

　　　　　　　　　　　　　　　　　　s/ Jennifer A. McCarthy
　　　　　　　　　　　　　　By　　Deputy Clerk